FLORENCE NELSON, as Administratrix of the Estate of LEROY NELSON, Deceased, Appellant, v. CENTRAL GREYHOUND LINES, INC., OF NEW YORK et al., Respondents.— Judgment and order affirmed with costs. All concur, except Dowling, J., not voting, and Larkin, J., who dissents and votes for reversal on the law and facts only as to the defendant Central Greyhound Lines, Inc., and

for granting a new trial as to such defendant. (The judgment is for both defendants for no cause of action in an automobile negligence action. The order denies plaintiff's motion for a new trial.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.